IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00053-01-CR-W-HFS |
| ) | |
| ERIC W. PATTON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Eric W. Patton appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty to the one-count Indictment charging him with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, Felon in Possession of a Firearm.

I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings, and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Eric W. Patton's plea of guilty be accepted and that defendant Patton be adjudged guilty and have sentence imposed accordingly.

Counsel have waived the filing of any objections to this Report and Recommendation.

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge